# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 24, 2007

132509

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                                      SC: 132509
                                                      COA: 269954
                                                      Wayne CC: 04-011314-01

MAHIR JABOW,
            Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the October 6, 2006 order of the Court of Appeals is considered and, pursuant to MCR 7.302(G)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 24, 2007

_____
Clerk

t0117